# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150100-1

ASPHALT SPECIALISTS, INC.,
      Plaintiff/Cross-Defendant,

v

SC: 150100
COA: 311947
Macomb CC: 2007-001854-CK

STEVEN ANTHONY DEVELOPMENT
COMPANY, GTR COMPANIES, GLACIER
CLUB TWO, INC., GLACIER CLUB ONE,
INC., GLACIER DEVELOPMENT COMPANY,
INC., GTR BUILDERS, INC., ARLINGTON
TRANSIT MIX, ROBERT F. TEMPLE, d/b/a
CURRENT ELECTRIC CONTRACTING, JP
MORGAN CHASE, BOARD OF COUNTY
ROAD COMMISSIONERS, WASHINGTON
ASSOCIATES, LLC, NAGY CONCRETE
COMPANY, NATIONAL CITY BANK OF THE
MIDWEST, d/b/a NATIONAL CITY BANK, and
FEDERAL DEPOSIT INSURANCE COMPANY,
      Defendants/Cross-Defendants,

and

GTR GLACIER GOLF HOLDINGS,
      Defendant/Cross-Defendant/
      Counter-Plaintiff,

and

GTR GLACIER CLUB, LLC,
      Defendant/Third-Party
      Defendant/Cross-Defendant,

and

LAKEVIEW CONTRACTING, INC.,
      Defendant/Third-Party
      Counter-Plaintiff-Appellee,

and

TONY ANGELO CEMENT CONSTRUCTION
COMPANY,
      Defendant/Third-Party
      Counter-Plaintiff/Cross-Defendant,

and

WELLS VENTURE CORPORATION,

Defendant/Counter-Plaintiff/
Cross-Defendant-Appellant,

and

A & R SEALCOATING, INC.,
Defendant/Counter-Plaintiff/
Cross-Defendant.
_____/

ASPHALT SPECIALISTS, INC.,
Plaintiff/Cross-Defendant-Appellee,

v

STEVEN ANTHONY DEVELOPMENT
COMPANY, GTR COMPANIES, GLACIER
CLUB TWO, INC., GLACIER CLUB ONE,
INC., GLACIER DEVELOPMENT COMPANY,
INC., GTR BUILDERS, INC., ARLINGTON
TRANSIT MIX, ROBERT F. TEMPLE, d/b/a
CURRENT ELECTRIC CONTRACTING, JP
MORGAN CHASE, BOARD OF COUNTY
ROAD COMMISSIONERS, WASHINGTON
ASSOCIATES, LLC, NAGY CONCRETE
COMPANY, NATIONAL CITY BANK OF THE
MIDWEST, d/b/a NATIONAL CITY BANK, and
FEDERAL DEPOSIT INSURANCE COMPANY,
Defendants/Cross-Defendants,

and

GTR GLACIER GOLF HOLDINGS,
Defendant/Cross-Defendant/
Counter-Plaintiff,

and

GTR GLACIER CLUB, LLC,
Defendant/Third-Party
Defendant/Cross-Defendant,

and

SC: 150101
COA: 314658
Macomb CC: 2007-001854-CK

LAKEVIEW CONTRACTING, INC.,
   Defendant/Third-Party
   Counter-Plaintiff-Appellee,

and

TONY ANGELO CEMENT CONSTRUCTION
COMPANY,
   Defendant/Third-Party
   Counter-Plaintiff/Cross-Defendant,

and

WELLS VENTURE CORPORATION,
   Defendant/Counter-Plaintiff/
   Cross-Defendant-Appellant,

and

A & R SEALCOATING, INC.,
   Defendant/Counter-Plaintiff/
   Cross-Defendant.
_____/

   By order of April 23, 2015, the application for leave to appeal the August 7, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *Ronnisch Construction Group, Inc v Lofts on the Nine, LLC* (Docket No. 150029). On order of the Court, the case having been decided on July 26, 2016, 499 Mich 544 (2016), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of the reasonableness of the attorney fees awarded by the circuit court, in light of *C D Barnes Associates, Inc v Star Heaven, LLC*, 300 Mich App 389 (2013).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2017


d0124

             Clerk